THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID P. (ANONYMOUS), Appellant.—

Hopkins, Acting P. J., Munder, Martuscello, Brennan and Benjamin, JJ., concur.